IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| HENRY LEE NELSON, | ) | CR 2:04-952 |
| Petitioner, | ) | |
| -vs- | ) | |
| UNITED STATES OF AMERICA, | ) | **O R D E R** |
| Respondent. | ) | |

This matter is before the court pursuant to petitioner's Motion to Strike the affidavit of attorney Jim Brown. This motion was filed July 9, 2012. It is therefore

**ORDERED**, that petitioner's Motion to Strike is **DENIED**.

**AND IT IS SO ORDERED**.

_____
David C. Norton
United States District Judge

July 17, 2012
Charleston, South Carolina